| AO-10 Rev. 1/97 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 1996 | Report Required by the Ethics Reform Act of 1978. Pub. L. No. 101-194, November 30, 1989 10 U.S.C. App. 6, 101-111 |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>Lemelle, Ivan L.R. | 2. Court or Organization<br>United States District Court<br>Eastern District of Louisiana | 3. Date of Report<br>02/12/97 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br>Full-time Magistrate Judge | 5. Report Type (check appropriate type)<br>__ Nomination, Date __/__/__<br>__ Initial _X_ Annual __ Final | 6. Reporting Period<br>1/1/96-01/31/97 |
| 7. Chambers or Office Address<br>501 Magazine Street, #335<br>New Orleans, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

| Director | Loyola University Schl. of Law Visiting Committe |
|---|---|
| Director | Federal Bar Assoc., New Orleans Chapter |
| Director | Amistad Research Center (Resigned 12/96) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☒ NONE (No reportable agreements)

| | |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

☒ NONE (No reportable non-investment income)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1 _____ | _____ | $_____ |
| 2 _____ | _____ | $_____ |
| 3 _____ | _____ | $_____ |
| 4 _____ | _____ | $_____ |
| 5 _____ | _____ | $_____ |
| 6 _____ | _____ | $_____ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Ivan L.R. Lemelle | Date of Report<br>02/12/97 |
|---|---|---|

**IV. REIMBURSEMENTS and GIFTS** -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] **NONE** (No such reportable reimbursements or gifts) | |

1.
2.
3.
4.
5.
6.
7.

**V. OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] **NONE** (No such reportable gifts) | | |
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |
| 4. | | $ |

**VI. LIABILITIES.** (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| [X] **NONE** (No reportable liabilities) | | |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

*Value Codes: [value code legend, illegible]*

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ivan L.R. Lemelle | 02 /12 /97 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-B) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type buy, sell, redemption | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1st Nat'l Bank of Commerce (IRA-CD's) | B | INT | K | T | | | | | |
| ₂ Merrill Lynch Security | A | INT | J | T | | | | | |
| ₃ 1st Commerce Corp. Common Stock | A | DIV | J | U | | | | | |
| ₄ U.S. Savings Bonds | A | INT | K | W | | | | | |
| ₅ 1st Nat'l Bank of Commerce - N.O., LA | B | INT | K | T | | | | | |
| ₆ | | | | | | | | | |
| ₇ | | | | | | | | | |
| ₈ | | | | | | | | | |
| ₉ | | | | | | | | | |
| ₁₀ | | | | | | | | | |
| ₁₁ | | | | | | | | | |
| ₁₂ | | | | | | | | | |
| ₁₃ | | | | | | | | | |
| ₁₄ | | | | | | | | | |
| ₁₅ | | | | | | | | | |
| ₁₆ | | | | | | | | | |
| ₁₇ | | | | | | | | | |
| ₁₈ | | | | | | | | | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ivan L.R. Lemelle | 02/12/97 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____Ivan L. R. Lemelle_____   Date February 12, 199-

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.,
Washington, D.C. 20544

Digitized by Google

FINANCIAL ......

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail
all assets (including bank accounts, real estate, securities, trusts, investments, and other financial
holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of
yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 30000 | 00 | Notes payable to banks—secured Equity FSA | 26 | 000 | 00 |
| U.S. Government securities—add schedule Savings Bonds | 10000 | 00 | Notes payable to banks—unsecured | | —0— | |
| Listed securities—add schedule Merrill Lynch | 5000 | 00 | Notes payable to relatives | | —0— | |
| Unlisted securities—add schedule | —0— | | Notes payable to others | | —0— | |
| Accounts and notes receivable: | —0— | | Accounts and bills due | 9 | 000 | 00 |
| Due from relatives and friends | —0— | | Unpaid income tax | | —0— | |
| Due from others | —0— | | Other unpaid tax and interest | | —0— | |
| Doubtful | —0— | | Real estate mortgages payable—add schedule Boatmen's Nat'l Mtg. Co. | 63 | 000 | 00 |
| Real estate owned—add schedule Personal Residence 7009 Lake Willow Drive, N.O., LA | 280 000 | 00 | Chattel mortgages and other liens payable | | —0— | |
| Real estate mortgages receivable | —0— | | Other debts—itemize: | | | |
| Autos and other personal property | 82 000 | 00 | | | | |
| Cash value—life insurance | —0— | | | | | |
| Other assets—itemize 1st Commerce Corp. | | | | | | |
| Common Stock | 2000 | 00 | | . | | |
| IRA CDs | 21000 | 00 | | | | |
| U.S. Thrift Savings Plan | 20000 | 00 | Total liabilities | 98 | 000 | 00 |
| | | | Net Worth | 352 | 000 | 00 |
| Total Assets | 450 000 | 00 | Total liabilities and net worth | 450 | 000 | 00 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | —0— | | Are any assets pledged? (Add schedule.) No | | | |
| On leases or contracts | —0— | | Are you defendant in any suits or legal actions? No | | | |
| Legal Claims | —0— | | Have you ever taken bankruptcy? No | | | |
| Provision for Federal Income Tax | —0— | | | | | |
| Other special debt | —0— | | | | | |

Digitized by Google